**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| BYRON JONES, FRED JONES, JAMES JACKSON, KENNETH TODD BOSTON, and all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| v. | § | Civil Action No. 3:11-CV-01467-B |
| SUPERMEDIA, INC., *et al.* | § § § | |
| Defendants. | § § | |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF DEADLINE**

Plaintiffs move to extend the answer date to Defendants' Motion to Reconsider Their Motion to Dismiss Plaintiffs' Original Complaint and, Alternatively, Motion to Dismiss Plaintiffs' First Amended Complaint until October 14, 2011.

Defendants are unopposed to the granting of the motion.

Plaintiffs pray that the instant motion be granted and that their response date be extended until October 14, 2011. A proposed order is attached.

Respectfully submitted,

/s/ *Mark J. Oberti*
Edwin Sullivan
State Bar No. 24003024
ed@osattorneys.com
Mark J. Oberti
State Bar No. 00789951
mark@osattorneys.com

OBERTI SULLIVAN LLP
723 Main Street, Suite 340
Houston, Texas 77002
Telephone: (713) 401-3555
Facsimile: (713) 401-3547

Allen R. Vaught
State Bar No. 24004966
avaught@baronbudd.com

BARON & BUDD, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Telephone: (214) 521-3605
Facsimile: (214) 520-1181

ATTORNEYS FOR PLAINTIFFS

Respectfully submitted,

*/s/ Karen E. Griffin (Signed with permission)*
Dan G. Hartsfield
State Bar No. 09170800
Dan.Hartsfield@jacksonlewis.com
Karen E. Griffin
State Bar No. 00796680
GriffinK@jacksonlewis.com

JACKSON LEWIS LLP
3811 Turtle Creek Blvd., Suite 500
Dallas, Texas 75219
Telephone: (214) 520-2400
Facsimile: (214) 520-2008

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF CONFERENCE

I hereby certify that my office spoke to Defendants' counsel, Karen E. Griffin on September 19, 2011 regarding this motion via telephone. Both parties are unopposed to this motion.

/s/ *Mark J. Oberti*
Mark J. Oberti

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served upon the counsel of record listed below by the Northern District of Texas ECF method on the 19th day of September 2011.

Dan G. Hartsfield & Karen E. Griffin
JACKSON LEWIS LLP
3811 Turtle Creek Blvd., Suite 500
Dallas, Texas 75219

                                              /s/ *Mark J. Oberti*
                                              Mark J. Oberti