IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BYRON JONES, FRED JONES, JAMES JACKSON, KENNETH TODD BOSTON, and all others similarly situated, | § § § § | |
| Plaintiffs, | § § § | |
| V. | § § | |
| SUPERMEDIA INC., SUPERMEDIA LLC, SUPERMEDIA SALES INC., SUPERMEDIA SERVICES INC., PETER J. McDONALD, SCOTT W. KLEIN, and JOHN DOE NOS. 1-10, | § § § § § § § § | CIVIL ACTION NO. 3:11-CV-01467-B |
| Defendants. | § § | |

### **PLAINTIFFS' NOTICE OF FILING ADDITIONAL NOTICE OF CONSENT**

Plaintiffs hereby file the following additional Notice of Consent in connection with the above-entitled and numbered action, attached hereto as Exhibit A:

1. Kenneth Columbus – Exhibit A

        Respectfully submitted,

        OBERTI SULLIVAN LLP

By:    s/ Edwin Sullivan
        Edwin Sullivan
        State Bar No. 24003024
        723 Main Street, Suite 340
        Houston, TX 77002
        (713) 401-3555 – Telephone
        (713) 401-3547 – Facsimile

        Allen R. Vaught
        Baron & Budd, P.C.
        State Bar No. 24004966
        3102 Oak Lawn Avenue, Suite 110
        Dallas, TX 75219
        (214) 521-3605 – Telephone
        (214) 520-1191 – Facsimile

        ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon the counsel of record listed below by the Northern District of Texas CM/ECF method on the 24th day of April 2012.

    Dan G. Hartsfield
    Karen E. Griffin
    Talley R. Parker
    Jackson Lewis LLP
    3811 Turtle Creek Blvd., Suite 500
    Dallas, TX 75219

        s/ Edwin Sullivan
        Edwin Sullivan