IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BYRON JONES, FRED JONES, JAMES JACKSON, KENNETH TODD BOSTON, and all others similarly situated, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. 3:11-CV-01467-B |
| SUPERMEDIA INC., SUPERMEDIA LLC, SUPERMEDIA SALES INC., SUPERMEDIA SERVICES INC., PETER J. McDONALD, SCOTT W. KLEIN, and JOHN DOE NOS. 1-10, | § § § § § § § § | |
| Defendants. | § § | |

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF THE SETTLEMENT ON BEHALF OF FLSA COLLECTIVE ACTION MEMBERS

Pursuant to the parties' Joint Motion for Approval of the Settlement on Behalf of FLSA Collective Action Members and attached affidavits and exhibits, and;

Having been informed of the terms of the settlement agreement between the parties, it is approved as fair and reasonable to all parties, and reflects an arms' length negotiation and compromise of disputed claims and should be approved.

Accordingly, it is hereby ORDERED that the parties' Joint Motion for Approval of the Settlement on Behalf of FLSA Collective Action Members is GRANTED. It is further ORDERED that the above-styled and numbered cause is DISMISSED WITH PREJUDICE, and that the parties are to bear their own court costs.

SO ORDERED.

DATED ___11/3/14___, 2014

                                              _____
                                              JANE J. BOYLE
                                              UNITED STATES DISTRICT JUDGE